1016

[No. 41076-1-II. Division Two. October 12, 2011.]

DYLAN KUEHL, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-02885-0, Carol Murphy, J., entered December 8, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Worswick, J.

[No. 28093-4-III. Division Three. October 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DWIGHT L. RUSS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-00164-5, Kathleen M. O'Connor, J., entered May 5, 2009. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Brown, J.

[Nos. 28468-9-III; 28471-9-III. Division Three. October 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY OSCAR KRONICK, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT P. DAVIS, *Appellant*.

Appeals from a judgment of the Superior Court for Klickitat County, No. 08-1-00140-9, E. Thompson Reynolds, J., entered August 17, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 28743-2-III. Division Three. October 13, 2011.]

CHERYL BECKER, *Appellant*, v. WASHINGTON STATE UNIVERSITY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 07-2-00125-8, Scott R. Sparks, J., entered December 18, 2009. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Sweeney, J. Now published at 165 Wn. App. 235.